**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC.<br><br>Plaintiff,<br>v.<br><br>GOOGLE LLC<br><br>Defendant. | Civil Action No. 6:21-cv-569-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION STATEMENT**

In accordance with the Court's Order Governing Proceedings – Patent Cases (Dkt. 24) and the Scheduling Order (Dkt. 21), the parties hereby submit this Joint Claim Construction Statement. The claim terms identified below as agreed upon or being in-dispute are found in U.S. Patent Nos. 8,356,251 (the "'251 patent"), 8,782,528 (the "'528 patent"), and 8,904,289 (the "'289 patent").

I.   **AGREED CONSTRUCTIONS**

| Claim Term | Agreed Construction | Term Proposed By |
|---|---|---|
| 1. "media player" ('251 patent, claim 1; '528 patent, claims 1, 27, 28; and '289 patent, claims 1, 6) | plain and ordinary meaning | Touchstream |

II.  **DISPUTED CONSTRUCTIONS**

| Claim Term | Touchstream's Proposed Construction | Google's Proposed Construction | Term Proposed By |
|---|---|---|---|
| 2. "an association between the personal computing device and the [display device / content presentation device]" ('251 patent, claim 1; '528 patent, claims 1, 27, 28; and '289 patent, claims 1, 6) | plain and ordinary meaning - no construction needed | one-to-one mapping between the personal computing device and the [display device / content presentation device] | Google |
| 3. "video file" / "video content" ('251 patent, claims 1, 6, 7) | plain and ordinary meaning - no construction needed | Indefinite | Google |
| 4. "converting the command from the personal computing device into corresponding code to control the media player" ('251 patent, claim 2) | plain and ordinary meaning - no construction needed | Indefinite | Google |

1

| Claim Term | Touchstream's Proposed Construction | Google's Proposed Construction | Term Proposed By |
|---|---|---|---|
| 5. "universal command" ('251 patent, claim 5) | plain and ordinary meaning - no construction needed<br><br>alternatively, plain and ordinary meaning, which is "a standard command used for controlling playback of media content such as play or pause" | Indefinite | Google |
| 6. "unique identification code assigned to the content presentation device" ('289 patent, claims 1 and 6) and "synchronization code assigned to the content presentation device" ('528 patent, claims 1, 27) | plain and ordinary meaning - no construction needed<br><br>alternatively, plain and ordinary meaning which is "[unique identification code] / [synchronization code] associated with a content presentation device" | [unique identification / synchronization] code assigned by the server system to the content presentation device | Google |
| 7. "[identify/identifying/ include information indicating] a location of the particular media player" ('528 patent, claims 1, 27, 28; and '289 patent, claims 1, 7) | plain and ordinary meaning, which is, provide information that locates or may be used to locate the particular media player | [identify/identifying/ including information indicating] an Internet address from where the media player is obtained by the content presentation device | Google |
| 8. "action control command being independent of the particular media player" ('528 patent, claims 1, 27, 28; '289 patent, claims 1 and 6) | plain and ordinary meaning - no construction needed | action control command being in a standard format that must be converted for use by the particular media player | Google |

| Claim Term | Touchstream's Proposed Construction | Google's Proposed Construction | Term Proposed By |
|---|---|---|---|
| 9. "identifying, [by the server system,] programming code corresponding to the action control command, wherein the programming code is for controlling presentation of the content presentation device using the particular media player" ('528 patent, claims 1, 27, 28; '289 patent, claims 1 and 6) | plain and ordinary meaning - no construction needed<br><br>alternatively, plain and ordinary meaning for "programming code" which is "instructions that the media player can recognize and execute." | by the server system, identifying the specific media player that is being requested and converting the incoming commands into the correct programming code used by the content presentation device to control the specific media player | Google |

Date: February 8, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Samuel J. LaRoque*
Samuel J. LaRoque, *pro hac vice*
B. Trent Webb, *pro hac vice*
Ryan D. Dykal, *pro hac vice*
Jordan T. Bergsten, *pro hac vice*
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550
Fax: (816) 421-5547
Email: slaroque@shb.com
Email: bwebb@shb.com
Email: rdykal@shb.com
Email: jbergsten@shb.com

Fiona A. Bell (TX Bar No. 24052288)
**SHOOK, HARDY & BACON L.L.P.**
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-2008
Fax: 713-227-9508

Email: fbell@shb.com

*Counsel for Plaintiff*
*Touchstream Technologies, Inc.*


/s/  Tharan Gregory Lanier
Tharan Gregory Lanier, *pro hac vice*
CA State Bar No. 138784
E-mail: tglanier@jonesday.com
JONES DAY
Michael C. Hendershot, *pro hac vice*
CA State Bar No. 211830
E-mail: mhendershot@jonesday.com
Evan M. McLean, *pro hac vice*
CA State Bar No. 280660
E-mail: emclean@jonesday.com
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

POTTER MINTON PC
Michael E. Jones
TX State Bar No. 10929400
E-mail:  mikejones@potterminton.com
Patrick C. Clutter
TX State Bar No. 24036374
E-mail:  patrickclutter@potterminton.com
110 N. College Ave., Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Defendant*
*GOOGLE LLC*