IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC.<br><br>Plaintiff,<br>v.<br><br>GOOGLE LLC<br><br>Defendant. | Civil Action No. 6:21-cv-569-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION CONCERNING EXTENSION OF DEADLINES

TO THE HONORABLE COURT:

Plaintiff Touchstream Technologies, Inc. ("Plaintiff") and Defendant Google LLC ("Defendant"), pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Stipulation to memorialize their agreement extending the briefing deadline set forth in the table below. The parties do not seek extension of any other case deadlines at this time.

| Revised Date | Item |
|---|---|
| April 28, 2022 | Deadline for Defendant to file its reply brief in support of its Motion to Transfer. |

Date: April 19, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Jordan T. Bergsten*
Jordan T. Bergsten, *pro hac vice*
B. Trent Webb, *pro hac vice*
Ryan D. Dykal, *pro hac vice*
Samuel J. LaRoque, *pro hac vice*
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550/Fax:(816) 421-5547
Email: rdykal@shb.com
Email: slaroque@shb.com
Email: bwebb@shb.com
Email: jbergsten@shb.com

Fiona A. Bell (TX Bar No. 24052288)
**SHOOK, HARDY & BACON L.L.P.**
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-2008/Fax: 713-227-9508
Email: fbell@shb.com

***Counsel for Plaintiff***
***Touchstream Technologies, Inc.***


*/s/  Tharan Gregory Lanier  (with permission)*
Tharan Gregory Lanier
JONES DAY
Tharan Gregory Lanier, *pro hac vice*
CA State Bar No. 138784
E-mail: tglanier@jonesday.com
Michael C. Hendershot, *pro hac vice*
CA State Bar No. 211830
E-mail: mhendershot@jonesday.com
Evan M. McLean, *pro hac vice*
CA State Bar No. 280660
E-mail: emclean@jonesday.com
1755 Embarcadero Road
Palo Alto, CA  94303
(650) 739-3939/Fax:(650) 739-3900

POTTER MINTON PC
Michael E. Jones
TX State Bar No. 10929400
E-mail:  mikejones@potterminton.com
Patrick C. Clutter
TX State Bar No. 24036374
E-mail:  patrickclutter@potterminton.com
110 N. College Ave., Suite 500
Tyler, TX 75702
(903) 597-8311/Fax:(903) 593-0846

***Attorneys for Defendant***
***GOOGLE LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to all counsel of record who have appeared in this case per Local Rule CV-5(b) on April 19, 2022.

*/s/ Jordan T. Bergsten*
Jordan T. Bergsten
