# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC., *Plaintiff,* v. GOOGLE LLC, *Defendant*. | Civil Case No. 6:21-cv-569-ADA **JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY FIONA A. BELL

Plaintiff Touchstream Technologies, Inc. ("Plaintiff") hereby moves for Fiona A. Bell, formerly of SHOOK, HARDY & BACON L.L.P., to be permitted to withdraw as counsel for Plaintiff in this case. The withdrawal of Fiona A. Bell will not delay this proceeding and will not prejudice any party. No other changes are required regarding other attorneys at SHOOK, HARDY & BACON L.L.P., and they shall continue acting as counsel of record for Plaintiff.

Plaintiff respectfully requests that the Court grant this Motion and enter an order permitting Fiona A. Bell to withdraw from this action as counsel for Plaintiff. Plaintiff further requests that the Court and all parties remove Fiona A. Bell from all service lists, including ECF service lists, and cease to serve him with orders, motions, discovery, and all other documents subject to service and/or notice in this proceeding.

Date: July 5, 2023                              Respectfully submitted,

                                        **TOUCHSTREAM TECHNOLOGIES, INC.**

                               By:  /s/  *Ryan D. Dykal*
                                    One of Its Attorneys

| | |
|---|---|
| Michael W. Gray (TX Bar No. 24094385) | Ryan D. Dykal, *pro hac vice* |
| Fiona A. Bell (TX Bar No. 24052288) | B. Trent Webb, *pro hac vice* |
| Sharon A. Israel (TX Bar No. 00789394) | Jordan T. Bergsten, *pro hac vice* |
| Kyle E. Friesen (TX Bar No. 24061954) | Lauren Douville, *pro hac vice* |
| Andrew M. Long (TX Bar No. 24123079) | Philip A. Eckert, *pro hac vice* |
| **SHOOK, HARDY & BACON L.L.P.** | Robert McClendon, *pro hac vice* |
| 600 Travis Street, Suite 3400 | **SHOOK, HARDY & BACON L.L.P.** |
| Houston, TX 77002 | 2555 Grand Boulevard |
| (713) 227-2008 | Kansas City, MO 64108 |
| Fax: 713-227-9508 | (816) 474-6550 |
| Email: mgray@shb.com | Fax: (816) 421-5547 |
| Email: fbell@shb.com | Email: rdykal@shb.com |
| Email: sisrael@shb.com | Email: bwebb@shb.com |
| Email: kfriesen@shb.com | Email: jbergsten@shb.com |
| Email: amlong@shb.com | Email: ldouville@shb.com |
| | Email: peckert@shb.com |
| Gary M. Miller, *pro hac vice* | Email: rmcclendon@shb.com |
| Justin R. Donoho, *pro hac vice* | |
| Sam G. Bernstein, *pro hac vice* | |
| **SHOOK, HARDY & BACON L.L.P.** | |
| 111 S. Wacker Drive, Suite 4700 | |
| Chicago, IL 60606 | |
| (312) 704-7700 | |
| Fax: 312-558-1195 | |
| Email: gmiller@shb.com | |
| Email: jdonoho@shb.com | |
| Email: sbernstein@shb.com | |

*Counsel for Plaintiff Touchstream Technologies, Inc.*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff conferred with counsel for Defendant on June 30, 2023, regarding this Unopposed Motion for Withdrawal of Attorney Fiona A. Bell, and Defendant's counsel consented to the requested relief.

*/s/Sharon A. Israel*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Western District of Texas, I hereby certify that on the 5th day of July, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to all counsel of record who have appeared in this case per Local Rule CV-5(b):

    Michael E. Jones
    Patrick C. Clutter
    Shaun William Hassett
    **Potter Minton PC**
    110 N College, Suite 500
    Tyler, TX 75702
    Tel: 903-597-8311
    Email: mikejones@potterminton.com
    Email: patrickclutter@potterminton.com
    Email: shaunhassett@potterminton.com

    Evan M. McLean, pro hac vice
    Michael C. Hendershot, pro hac vice
    Tharan Gregory Lanier, pro hac vice
    **Jones Day**
    1755 Embarcadero Road
    Palo Alto, CA 94303
    Tel: (650) 739-3939
    Email: emclean@jonesday.com
    Email: mhendershot@jonesday.com
    Email: tglanier@jonesday.com

    Edwin O. Garcia, pro hac vice
    **Jones Day**
    51 Louisiana Avenue, N.W.
    Washington, DC 20001
    Tel: (202) 879-3695
    Email: edwingarcia@jonesday.com

                                          */s/Ryan D. Dykal*
                                          Attorney for Plaintiff