IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **TOUCHSTREAM TECHNOLOGIES, INC.** | |
| Plaintiff, | Civil Action No. 6:21-cv-569-ADA |
| v. | **JURY TRIAL DEMANDED** |
| **GOOGLE LLC** | |
| Defendant. | |

## JOINT NOTICE OF SECOND AMENDED PROPOSED JURY INSTRUCTIONS

Plaintiff Touchstream Technologies, Inc. ("Plaintiff" or "Touchstream") and Defendant Google LLC ("Defendant" or "Google") (collectively, "the Parties") submit the Parties' current versions of joint and disputed Final Jury Instructions. The attachments are as follows:

- Requested Final Jury Instructions (Exhibit A)
- Charge Final Jury Instructions (Exhibit B)

1

Date: July 19, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Sharon A. Israel*
B. Trent Webb (admitted Pro Hac Vice)
Ryan D. Dykal (admitted Pro Hac Vice)
Lauren Douville (admitted Pro Hac Vice)
Jordan T. Bergsten (admitted Pro Hac Vice)
Robert A. McClendon (admitted Pro Hac Vice)
Philip A. Eckert (admitted Pro Hac Vice)
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550/F: (816) 421-5547
Email: bwebb@shb.com
Email: rdykal@shb.com
Email: ldouville@shb.com
Email: jbergsten@shb.com
Email: rmcclendon@shb.com
Email: peckert@shb.com

Michael W. Gray (TX Bar No.  24094385)
Sharon A. Israel (TX Bar No. 00789394)
Andrew M. Long (TX Bar No.  24123079)
Robert H. Reckers (TX Bar No.  24039520)
Shook, Hardy & Bacon LLP
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-2008/F: (713)-227-9508
Email: mgray@shb.com
Email: sisrael@shb.com
Email: amlong@shb.com
Email: rreckers@shb.com

*Counsel for Plaintiff*
*Touchstream Technologies, Inc.*

*/s/ Tharan Gregory Lanier w/permission*
Michael C. Hendershot (admitted Pro Hac Vice)
Tharan Gregory Lanier (admitted Pro Hac Vice)
Evan M. McLean (admitted Pro Hac Vice)

Gurneet Singh (admitted Pro Hac Vice)
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939
Fax: (650) 739-3900
mhendershot@jonesday.com
tglanier@jonesday.com
emclean@jonesday.com
gsingh@jonesday.com

Tracy Ann Stitt (admitted Pro Hac Vice)
Jennifer L. Swize (admitted Pro Hac Vice)
Edwin O. Garcia (admitted Pro Hac Vice)
John R. Boulé III (admitted Pro Hac Vice)
Jones Day
51 Louisiana NW
Washington, DC 20001
(202) 879-3939
Fax: (202) 626-1700
tastitt@jonesday.com
jswize@jonesday.com
edwingarcia@jonesday.com
jboule@jonesday.com

POTTER MINTON PC
Michael E. Jones
TX State Bar No. 10929400
E-mail: mikejones@potterminton.com
Shaun W. Hassett
TX State Bar No.  24074372
E-mail: shaunhassett@potterminton.com
110 N. College Ave., Suite 500
Tyler, TX 75702
(903) 597-8311/Fax:(903) 593-0846

*Attorneys for Defendant*
*GOOGLE LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 19, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to all counsel of record who have appeared in this case per Local Rule CV-5(b).

*/s/ Sharon A. Israel*