### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **TOUCHSTREAM TECHNOLOGIES, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GOOGLE LLC,**<br><br>*Defendant.* | Civil Case No. 6:21-cv-569-ADA<br><br>U.S. District Judge Alan Albright |

### JUDGMENT ON JURY VERDICT

This action came before the Court for a trial by jury commencing on July 17, 2023, between Plaintiff Touchstream Technologies, Inc. ("Touchstream") and Defendant Google LLC ("Google"). The issues have been tried and the jury rendered its unanimous verdict on July 21, 2023 (ECF No. 247). Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict, the Court hereby **ORDERS** and **ENTERS JUDGMENT** on the jury verdict as follows:

1. Defendant has infringed claims 1 and 2 of Patent No. 8,904,289 (the "'289 patent"), claims 1 and 14 of Patent No. 8,782,528 (the "'528 patents"), and claims 1 and 8 of U.S. Patent No. 8,356,251 (the "'251 patent") (collectively, the "Asserted Claims").

2. The Asserted Claims are not invalid.

3. Judgment is hereby entered in favor of Touchstream and against Google in the sum of $338,760,000 U.S. Dollars for Google's infringement of the Asserted Claims.

4. This Judgment starts the time for filing any post-trial motions or appeal, including but not limited to: renewed motions for judgment as a matter of law and/or new

trial under Fed. R. Civ. P. 50(b) and 59; motions to amend the judgment; motion for entry of a permanent injunction and/or an ongoing royalty; a motion for the award of supplemental damages, prejudgment interest, and postjudgment interest; and any other motions for equitable relief that may be just and proper. To the extent not expressly provided by the rules, all such motions shall be filed within 28 days of entry of this Judgment.

5. Any other relief requested by either party which is now pending before the Court and not specifically awarded or addressed herein is **DENIED**.

**So ORDERED and SIGNED this 23rd day of August, 2023.**

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE