# Exhibit A

NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**INGENICO INC.,**
*Plaintiff/Counterclaim Defendant-Appellee*

**INGENICO CORP., INGENICO GROUP S.A.,**
*Counterclaim Defendants-Appellees*

**v.**

**IOENGINE, LLC,**
*Defendant/Counter-Claimant-Appellant*

———————————

2023-1367

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-00826-WCB, Circuit Judge William C. Bryson.

———————————

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

———————————

2                    INGENICO INC. v. IOENGINE, LLC

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, *Circuit Judges*.[1]

PER CURIAM.

# O R D E R

IOENGINE, LLC filed a combined petition for panel rehearing and rehearing en banc. A response to the petition was invited by the court and filed by Ingenico Corp., Ingenico Group S.A., and Ingenico Inc. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 25, 2025
Date

---

[1]    Circuit Judges Newman and Stark did not participate.