**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TOUCHSTREAM TECHNOLOGIES, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Case No. 6:21-cv-569-ADA |
| | § | |
| **GOOGLE LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |

## NOTICE OF STAY IN RELATED CALIFORNIA LITIGATION (DKT. 325)

Defendant Google LLC hereby provides notice of a stay issued on April 17, 2026, in the case *Touchstream Technologies, Inc. v. Google LLC et al.*, No. 25CV470032 (Cal. Super. Ct.). Google previously provided notice that Plaintiff Touchstream Technologies, Inc. filed that action against Google, its employee Majd Bakar, and "JOHN DOES 1-50" in the Superior Court of California for Santa Clara County. Dkt. 325 at 1. Google moved to stay the California action in view of this case, and the California court granted that motion; the California court's stay order is attached as Exhibit A.

As the stay order explains, the California court found "there is at least some apparent overlap between the subject matter in [the California] action and that in the further-developed federal action." Ex. A at 7. As a result, the California court stayed the California action "until the entry of final judgment" in this federal action "or upon further order of [the California court], upon stipulation or further application by the parties." *Id.*

1

Dated: April 21, 2026

Respectfully submitted,

*/s/ Shaun W. Hassett, with permission*
*for Tharan Gregory Lanier*
Michael C. Hendershot (admitted Pro Hac Vice)
Tharan Gregory Lanier (admitted Pro Hac Vice)
Evan M. McLean (admitted Pro Hac Vice)
Gurneet Singh (admitted Pro Hac Vice)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939
Fax: (650) 739-3900
mhendershot@jonesday.com
tglanier@jonesday.com
emclean@jonesday.com
gsingh@jonesday.com

Tracy Ann Stitt (admitted Pro Hac Vice)
Jennifer L. Swize (admitted Pro Hac Vice)
JONES DAY
51 Louisiana NW
Washington, DC 20001
(202) 879-3939
Fax: (202) 626-1700
tastitt@jonesday.com
jswize@jonesday.com
edwingarcia@jonesday.com

John R. Boulé III
CA State Bar No. 322929
JONES DAY
555 South Flower St.
Fiftieth Floor
Los Angeles, CA 90071
(213) 489-3939
jboule@jonesday.com

Michael E. Jones
TX State Bar No. 10929400
E-mail: mikejones@potterminton.com
Shaun W. Hassett
TX State Bar No. 24074372
E-mail: shaunhassett@potterminton.com
POTTER MINTON PC
102 N. College Ave., Suite 900

2

Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**Attorneys for Defendant Google LLC**